[Nos. 74624-3-I; 74625-1-I.   Division One.   November 14, 2016.]

*In the Matter of the Dependency of* J.T.R. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*,
v. ABIGAIL ROCCO, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 15-7-01790-8, Andrea A. Darvas, J., entered
November 24, 2015. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Verellen, C.J., and Mann, J.

[No. 74818-1-I.   Division One.   November 14, 2016.]

JENNIFER WILEY, *Respondent*, v. DAVID WILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 16-2-00015-9, Lester H. Stewart, J. Pro
Tem., entered February 1, 2016. *Affirmed* by unpublished
opinion per Appelwick, J., concurred in by Becker and
Spearman, JJ.

[No. 74844-1-I.   Division One.   November 14, 2016.]

DARRELL DE TIENNE ET AL., *Appellants*, v. THE SHORELINES
HEARINGS BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 14-2-00349-5, Carol Murphy, J., entered
June 11, 2015. *Affirmed* by unpublished opinion per Schind-
ler, J., concurred in by Trickey, A.C.J., and Becker, J. Now
published at 197 Wn. App. 248.

[No. 75638-9-I.   Division One.   November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. NEGLIA MARIAN
NETTLES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 15-1-00517-2, Kathryn J. Nelson, J., entered
October 16, 2015. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Dwyer and Mann, JJ.